JPML FORM 1A
pg.1

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 474 -- In re Coconut Oil Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/05/26 | 1 | MOTION/MEMORANDUM -- Plaintiffs C.F. Simonin's Sons, Inc. and Wilsey Foods, Inc. for transfer of actions pursuant to 28 U.S.C. §1407 w/Exhibits A thru E and cert. of svc. SUGGESTED TRANSFEREE DISTRICT: C.D. California  SUGGESTED TRANSFEREE JUDGE:  (ds) |
| 81/05/28 | | AMENDMENT TO HEARING ORDER FILED ON MAY 27, 1981 -- Setting A-1 U.S.A. v. Crown Oil Corp., et al., C.D. Cal., C.A. No. C81-0787-TJH for hearing held on June 25, 1981 in Salt Lake City, Utah. A-2 C.F. Simonin's Sons, Inc. v. Crown Oil Corp., et al., C.D. Cal., C.A. NO. C-81-1822-TJH; B-3 Wilsey Foods, Inc. v. Crown Oil Corp., et al., C.D. Cal., C.A. No. C81-1274-TJH; A-4 Acme Hardesty Co., Inc. v. Crown Oil Corp., et al., N.D. Cal., C.A. No. C81-0935-WHO; A-5 McIntyre Chemical Co. v. Crown Oil Corp., et al., N.D. Cal., C.A. No. C1-0978-RPA for hearing held on June 25, 1981 in Salt Lake City, Utah.  (ds) |
| 81/06/08 | | APPEARANCES -- ~~Shelley Taylor Convissar, Esq. and Triseha J. O'Hanlon, Esq. for United States;~~ David Berger, Esq. for C.F. Simonin's Sons, Inc.; Harold E. Kohn, Esq. for Wilsey Foods, Inc.; Seymour Kurland, Esq. for Acme Hardesty Co.; James F. Kirkham, Esq. for Crown Oil Corporation; William J. Linklater, Esq. for Pan Pacific Commodities and Granex Corporation, U.S.A.  (ds) |
| 81/06/10 | 2 | RESPONSE/MEMORANDUM -- Defts. Crown Oil Corp., Granex Corp. U.S.A., and Pan Pacific Commodities -- w/Exhibits and cert. of svc. (emh) |
| 6/10/81 | | APPEARANCE -- Lowell Sachnoff for McIntyre Chemical Co.  (emh) |
| 81/06/11 | 3 | RESPONSE/MEMORANDUM -- Pltfs. Acme Hardesty Co., Inc. and McIntyre Chem. Co. -- w/Exhibits and cert. of svc. (emh) |
| 81/06/12 | | AMENDED CERT. OF SVC. (Pleading No. 3) signed by Diane J. Sigmund  (emh) |
| 81/06/22 | 4 | RESPONSE, CERT. OF SVC. -- United States. (eaf) |
| 81/06/23 | | HEARING APPEARANCE 6/25 Salt Lake City, UT  DAVID BERGER for Wilsey Foods, Inc., and C. F. Simonin's Sons, Inc.; JAMES F. KIRKHAM, ESQ. for Crown Oil Corp; WILLIAM J. LINKLATER, ESQ. for Pan Pacific Commodities and Granex Corp., U.S.A.; BARRY P. SCHWARTZ, ESQ. for McIntyre Chemical Co; |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 474 -- In re Coconut Oil Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/06/23 | | WAIVER OF ORAL ARGUMENT 6/25/81 Salt Lake City, UT ACME HARDESTY CO. by Seymour Kurland; |
| 81/06/23 | 5 | REPLY MEMORANDUM, CERT. OF SVC., EXHIBITS -- Pltfs. C.F. Simonin's Sons, Inc., et al. (eaf) |
| 81/08/04 | | CONSENT OF TRANSFEREE DISTRICT COURT consenting to the assignment of the involved actions to the Honorable William H. Orrick, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 81/08/04 | | TRANSFER ORDER -- transferring A-2 and A-3 to the N.D. Calif. for consolidation with A-4 and A-5 assigned to the Honorable William H. Orrick, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) **(No authority of the Panel to include U.S. Gov't action in C. Calif.)** (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 474 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE COCONUT OIL ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 25, 1981 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 4, 1981 | TO | | N.D.Calif. | William H. Orrick, Jr. | |

Special Transferee Information

DATE CLOSED: 7/1/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 474 -- In re Coconut Oil Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States v. Crown Oil Corp., et al. | C.D.Cal. ~~Hatter~~ ORRICK | 81-0787 ~~TJH~~ | No Action | | | |
| A-2 | C.F. Simonin's Sons Inc. v. Crown Oil Corp., et al. | C.D.Cal. ~~Hatter~~ ORRICK | 81-1822 TJH | AUG 4 1981 | | 7/1/83 D | |
| A-3 | Wilsey Foods Corp. v. Crown Oil Corp. et al. | C.D.Cal. Hatter | 81-1274 TJH | AUG 4 1981 | | 7/1/83 D | |
| A-4 | Acme Hardesty Co., Inc. v. Crown Oil Corp., et al. | N.D.Cal. Orrick | 81-0933 WHO | ** | | 7/1/83 D | |
| A-5 | McIntyre Chemical Co. v. Crown Oil Corp., et al. | N.D.Cal. ~~Aguilar~~ ORRICK | 81-0978 ~~RPA~~ WHO | ** | | 7/1/83 D | |
| XYZ-6 | PVO Intl. Inc. v. United Coconut Planters Bank | N.D.Cal. | 81-2201-WHO | | | 12/9/82 D | |

July 1983 - 2 TR / 3 XYZ / 1 Dis / PDG
July 1984 - 4 Dis / Docket Closed

** actions layed in Calif. 71.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 474 -- In re Coconut Oil Antitrust Litigation

---

UNITED STATES (A-1)   (No app. rec'd)
Shelley Taylor Convissar, Esq.
Trischa J. O'Hanlon, Esq.
Antitrust Division
U.S. Department of Justice
3101 Federal Building
300 North Las Angeles Street
Las Angeles, California 90012

C.F. SIMONIN'S SONS, INC. (A-2)
David Berger, Esq.
1622 Locust Street
Philadelphia, Pennsylvania 19103

WILSEY FOODS, INC. (A-3)
Harold E. Kohn, Esq.
Kohn, Savett, Marion & Graf, P.C.
1214 IVB Building
1700 Market Street
Philadelphia, Pennsylvania 19103

ACME HARDESTY COMPANY (A-4)
Seymour Kurland, Esq.
Wolf, Block, Schorr and Solis-Cohen
12th Floor, Packard Building
Philadelphia, Pennsylvania 19102

MCINTYRE CHEMICAL CO. (A-5)
Lowell E. Sachnoff, Esq.
Sachnoff, Schrager, Jones, Weaver
  & Rubenstein Ltd.
One IBM Plaza, 47th Floor
Chicago, Illinois  60611

CROWN OIL CORPORATION
James F. Kirkham, Esq.
Pillsbury, Madison & Sutro
225 Bush Street
Post Office Box 7880
San Francisco, California 94120

PAN PACIFIC COMMODITIES
GRANEX CORPORATION, U.S.A.
William J. Linklater, Esq.
Baker & McKenzie
130 E. Randolph Drive
Chicago, Illinois 60601

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 474 -- In re Coconut Oil Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Crown Oil Corporation | A-1, A-2, A-3, A-4, A-5 |
| Granex Corporation, U.S.A. | A-1, A-2, A-3, A-4, A-5 |
| Pan Pacific Commodities | A-1, A-2, A-3, A-4, A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 1